**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Avenue, 29th Floor
New York, New York 10017
T:  (646) 722-8500
F:  (646) 722 8501

**SAIBER LLC**
Jeffrey W. Lorell
Marc E. Wolin
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
T:  (973) 622-3333
F:  (973) 622-3349

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
T:  (786) 235-5000
F:  (786) 235-5005

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEKA INVESTMENT GmbH; DEKA INTERNATIONAL S.A. LUXEMBURG; INTERNATIONAL FUND MANAGEMENT S.A.; and METZLER INVESTMENT GmbH, | Case No. 07-CV-04022-SRC <br><br> **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM, | |
| Defendants. | |

{00691346.DOC}

**MARC E. WOLIN**, hereby certifies that on October 21, 2011, I caused the foregoing Amended Complaint to be electronically filed with the United States District Court for the District of New Jersey using the USDC CM/ECF system which will send notification of such filing to all counsel registered to receive such notice.

Dated:  October 21, 2011                                         */s Marc E. Wolin*